UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY, | Case No. 17-cv-05819 NC (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CDCR, et al., | |
| Defendants. | |

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at the California Men's Colony, which is located in San Luis Obispo. This prison is located within the Central District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Central District of California, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: December 22, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge